MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A. successor by
merger to Wells Fargo Bank Southwest,
N.A. f/k/a/ Wachovia Mortgage FSB f/k/a/
World Savings Bank, FSB (erroneously
sued as "Wells Fargo Bank, N.A., successor
in interest to Wachovia Bank, N.A.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN AVILA, | Case No.: 3:12-cv-01237-JCS |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| WELLS FARGO BANK, a National Association, successor in interest to WACHOVIA BANK, N.A.; NDEX WEST, a Delaware Limited, | |
| Defendants. | Judge:  Joseph C. Spero |
| | Complaint Date:  February 7, 2012<br>Removal Date:  March 12, 2012 |

55000/0180/2161284.1

Stipulation to Continue Defendant's Deadline to Respond to
Plaintiff's Complaint
Case No.: 3:12-cv-01237-JCS

1 | Plaintiff John Avila ("Plaintiff") and defendant Wells Fargo Bank, N.A. successor by
2 | merger to Wells Fargo Bank Southwest, N.A. f/k/a/ Wachovia Mortgage FSB f/k/a/ World
3 | Savings Bank, FSB (erroneously sued as "Wells Fargo Bank, N.A., successor in interest to
4 | Wachovia Bank, N.A.") ("Wells Fargo") by and through their respective counsel, hereby
5 | stipulated that the deadline for Wells Fargo to respond to Plaintiff's complaint is continued to
6 | April 2, 2012.

**IT IS SO STIPULATED:**

DATED: March 19, 2012

CONSUMER LITIGATION LAW CENTER
A Professional Corporation

By: _[signature]_
September J. Katje

Attorneys for Plaintiff
John Avila

DATED: March 19, 2012

SEVERSON & WERSON
A Professional Corporation

Dated: March 20, 2012

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

By: _/s/ Alisa A. Givental_
Alisa A. Givental

Attorneys for Defendant
Wells Fargo Bank, N.A. successor by merger to
Wells Fargo Bank Southwest, N.A. f/k/a/
Wachovia Mortgage FSB f/k/a/ World Savings
Bank, FSB (erroneously sued as "Wells Fargo
Bank, N.A., successor in interest to Wachovia
Bank, N.A.")

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.