IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN AVILA,

    Plaintiff,

  v.

WELLS FARGO BANK, a National Association, successor in interest to WACHOVIA BANK, N.A., NDEX WEST, a Delaware Limited Liability Corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in property described in this complaint adverse to plaintiff's title thereto, and DOES 1 through 25, inclusive,

    Defendants.

No. C 12-01237 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** the parties' stipulation to continue the case management conference for four weeks.

    **IT IS SO ORDERED.**

Dated: June 18, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE