IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN AVILA,

    Plaintiff,

v.

WELLS FARGO BANK; WACHOVIA BANK, N.A.; NDEX WEST LLC; and all persons or entities unknown claiming any legal right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 25, inclusive,

    Defendants.
                                                        /

No. C 12-01237 WHA

**ORDER REQUESTING DECLARATION FROM PLAINTIFF**

This order requests a declaration from plaintiff indicating whether or not plaintiff received notice of settlement by direct mail, publication on the Internet, and/or publication in *USA Today*, in the multi-district class action proceeding, *In re Wachovia Corp. "Pick-a-Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. 5:09-MD-02015-JF. Plaintiff's counsel shall please respond by **NOON ON JULY 12, 2012**.

**IT IS SO ORDERED.**

Dated: July 9, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE