IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN AVILA,

    Plaintiff,

v.

WELLS FARGO BANK, a National Association, successor in interest to WACHOVIA BANK, N.A., NDEX WEST, a Delaware Limited Liability Corporation, and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to plaintiff's title thereto, and DOES 1 through 25, inclusive,

    Defendants.
/

No. C 12-01237 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks plaintiff for the notice of settlement in the captioned matter but cautions that all deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: December 7, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE